FILED

01/13/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0599

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. OP 24-0599

---

FLOYD THOMAS WING,

      Petitioner,

  v.

JIM SALMONSEN, WARDEN,
MONTANA STATE PRISON,

      Respondent.

---

**ORDER**

---

Upon consideration of Respondent's motion for a 30-day extension of time, and good cause appearing therefor, Respondent is granted an extension of time to and including February 24, 2025, within which to prepare, serve, and file its response brief.

MP

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
January 13 2025